# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-1248

_____

| | | |
|---|---|---|
| Willie Mason, Jr., | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Eastern |
| | * | District of Arkansas. |
| Tyson Foods, Inc., | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: July 30, 2002
Filed: August 5, 2002

_____

Before LOKEN, BYE, and RILEY, Circuit Judges.

_____

PER CURIAM.

Willie Mason, Jr., appeals from the district court's[1] grant of summary judgment in favor of his former employer, Tyson Foods, Inc. (Tyson), in this race-discrimination action brought under Title VII, 42 U.S.C. §§ 2000e to 2000e-17. Upon de novo review, see Hutson v. McDonnell Douglas Corp., 63 F.3d 771, 775 (8th Cir. 1995), we conclude the court correctly applied the burden-shifting analysis from McDonnell Douglas Corp. v. Green, 411 U.S. 792, 802-07 (1973), and properly granted summary judgment for the reasons explained in its opinion. Title VII "do[es]

_____

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

not prohibit employment decisions based upon poor job performance, erroneous evaluations, personal conflicts between employees, or even unsound business practices." Hill v. St. Louis Univ., 123 F.3d 1114, 1120 (8th Cir. 1997).

Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.